# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN B. RUSSO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MORENO, et al,<br><br>　　　　Defendants. | 1:23-cv-00776-GSA (PC)<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL BY JUNE 30, 2023** |

Plaintiff has filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff neither filed an application to proceed *in forma pauperis* nor paid the $402.00 filing fee in full.

Accordingly, it is **HEREBY ORDERED** that:

1. The Clerk's Office shall send plaintiff a regular civil *in forma pauperis* application;

2. **On or before June 30, 2023**, plaintiff shall either file a completed regular civil *in forma pauperis* application or pay the $402.00 filing fee in full; and

3. Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **May 26, 2023**　　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE