UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN B. RUSSO,<br><br>   Plaintiff,<br><br> vs.<br><br>MORENO, et al.,<br><br>   Defendants. | **1:23-cv-00776-GSA-PC**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 7.)** |

  Plaintiff is a former state prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983 and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.

  In accordance with the above and good cause appearing therefor, **IT IS HEREBY ORDERED** that Plaintiff's application to proceed *in forma pauperis*, filed on May 15, 2023, is **GRANTED**.

IT IS SO ORDERED.

 Dated:  **July 20, 2023**         **/s/ Gary S. Austin**
                    UNITED STATES MAGISTRATE JUDGE