**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN B. RUSSO,<br><br>        Plaintiff,<br><br>   v.<br><br>MORENO, et al.,<br><br>        Defendants. | Case No.: 1:23-cv-00776 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE<br><br>Doc. 13 |

Justin B. Russo is appearing pro se and *in forma pauperis* in this civil rights action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 17, 2025, the Court issued its first screening order finding come claims asserted by Plaintiff cognizable and other claims not adequately pleaded. (Doc. 10.) The Court directed Plaintiff to respond to the screening order within 30 days, either by amending the complaint or by indicating that Plaintiff agreed to proceed only on the cognizable claims. (*Id.*) When Plaintiff failed to respond to the first screening order, on January 26, 2026, the Court ordered him to show cause why the action should not be dismissed for his failure to comply with court orders. (Doc. 11.) The Court informed him that any response was due within 14 days, but he has failed to file any response.

Accordingly, on February 18, 2026, the magistrate judge issued Findings and

Recommendations to dismiss this action without prejudice for Plaintiff's failure to obey court orders and failure to prosecute. (Doc. 13.) The Court served the Findings and Recommendations on Plaintiff's address of record, informed him that any objections were due within 14 days, and warned him that a party's failure to file objections within the specified time may result in the waiver of certain rights on appeal. (*Id*. at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on February 18, 2026, (Doc. 13), are **ADOPTED IN FULL**.

2. This action is **DISMISSED** without prejudice for Plaintiff's failure to obey court orders and failure to prosecute.

3. The Clerk of the Court shall vacate any pending deadlines and close this case.

IT IS SO ORDERED.

Dated:    **March 26, 2026**

UNITED STATES DISTRICT JUDGE